UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| GUY L. STUBBLEFIELD | ) | |
| | ) | |
| v. | ) | CV 515-80 |
| | ) | |
| NEW YORK LIFE INSURANCE COMPANY | ) | |

ORDER

Plaintiff Guy I. Stubblefield and Defendant New York Life Insurance Company, by and through their respective counsel, have filed a Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and stipulate to the dismissal of this action against all parties with prejudice. All claims are hereby dismissed with prejudice and the Clerk is Ordered to close this case. All parties to bear their own attorneys' fees and costs of this action.

So ORDERED, this 3\ day of May, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)